IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ALLEN WALLACE,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

   v.                                     Case No. 13-cv-507-bbc

SARAH COOPER and THOMAS ROSS,

        Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Sarah Cooper and Thomas Ross dismissing this case for plaintiff James Allen Wallace's failure to state a claim upon which relief may be granted.

| /s/ E. Clark, Deputy Clerk | 1/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |