4-27-14

United States District Court
Western District of Wisconsin

James Allen Wallace            ORDER
         Plaintff           13-cv-507-bbc
    V
Sarah Cooper and Thomas Ross
      Defendants

Mr. Peter Oppeneer

         Hi, my name is James Allen Wallace 580543 and I am Inmate at Green Bay Correctional Institution and my reason for writing to you is because I had file a claim against Green Bay Staff and Warden Sarah Cooper for confiscateding all of my legal paper work and legal documents but "Judge" Barbara B. Crabb has dismiss my case on the ground that I fail to state a claim upon which relief may be granted and how I was harm by the Staff confiscateding my legal paper work and legal documents, Mr. Peter Oppeneer, I would like to Let it be known to the Courts that I would like to appeal Judge Barbara B. Crabb "ORDER" and "Judgment" that was made on my case where the Judge Barbara B. Crabb "Dismiss" my claim on January 7th 2014 and I would also like to know if I may have a legal attorney to help me with this issue because these Inmates and Jail House Lawers don't Know what they are talking about or what they are doing and I don't know nothing at

All About Law and I can't read and write that well because I only have about 4th grade Eduction so I don't all ways understand everything that I read and when I ask a other Inmates to help me they all ask me to pay them some canteen and when I pay them the canteen they still do the wrong things. So if you will let the court know that I would like Appeal on My claim that the Judge BARBARA B. CRABB Dismiss And Some help With Some Legal Counsel, PleASE.

I would like the court to vew this as a motion to Appeal the Court Decision, Thank You

James Wall